UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKANSKA USA BUILDING INC.<br>55 Ivan Allen Jr. Boulevard<br>Suite 600<br>Atlanta, GA 30308<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HEALTH AND HUMAN<br>SERVICES, CENTERS FOR<br>DISEASE CONTROL AND<br>PREVENTION<br><br>      Defendant. | Civil Action No. _____ |

## CERTIFICATE RULE LCvR 7.1

We, the undersigned counsel of record for Plaintiff Skanska USA Building Inc., certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Skanska USA Building Inc. that have any outstanding securities in the hands of the public: <u>Skanska AB, a Swedish corporation</u>. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 9, 2008.

                                                          SEYFARTH SHAW LLP

                                                          */s/ David A. Blake*

                                                          Bennett D. Greenberg (DC Bar # 358312)
                                                          David A. Blake (DC Bar # 463940)
                                                          815 Connecticut Avenue, NW, Suite 500
                                                          Washington, DC 20007
                                                          Telephone: (202) 463-2400
                                                          Fax: (202) 641-9223

                                                          Counsel of Record for Plaintiff, Skanska
                                                          USA Building Inc.

DC1 30231902.1