IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKANSKA USA BUILDING INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HEALTH AND HUMAN SERVICES, )<br>CENTERS FOR DISEASE CONTROL )<br>AND PREVENTION, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 08-988 (JDB) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Skanska USA Building, Inc. ("Skanska"), by and through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, hereby respectfully requests that the time to respond to Defendant's Motion to Dismiss be extended until August 7, 2007.

In further support of this Consent Motion, Skanska states:

1. Defendant filed the Motion to Dismiss ("Motion") on July 17, 2008, and Skanska was served on the same day.

2. Skanska's response to the Motion is presently due on Monday, July 28, 2008.

3. Defendant's counsel has agreed to a ten (10) day extension of time for Skanska to respond to the Motion.

4. The parties have agreed that the additional period in which to evaluate the response to the Freedom of Information Act request may be beneficial.

5. Granting this extension will not affect the orderly and efficient administration of justice.

6. Accordingly, in the interests of efficiency, and so that Skanska may be afforded sufficient time to investigate and properly respond to Defendant's Motion, undersigned counsel respectfully requests a ten (10) day extension of time to respond to Defendant's Motion, commencing from the date on which Skanska's response would have been due, and ending on August 7, 2008.

7. Defendant's counsel has consented to the ten (10) day extension of time until August 7, 2008.

WHEREFORE, for the foregoing reasons, Plaintiff, Skanska USA Building Inc., respectfully requests that it be granted an extension of time until August 7, 2008 to respond to Defendant's Motion to Dismiss.

                Respectfully submitted,

                SEYFARTH SHAW LLP

                /s/ David A. Blake_____
                David A. Blake
                D.C. Bar # 463940
                815 Connecticut Avenue, N.W.
                Suite 500
                Washington, D.C. 20006-4004
                (202) 463-2400
                dblake@seyfarth.com
                Attorney for the Plaintiff,
                Skanska USA Building Inc.

Date: July 25, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKANSKA USA BUILDING INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HEALTH AND HUMAN SERVICES, )<br>CENTERS FOR DISEASE CONTROL )<br>AND PREVENTION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 08-988 (JDB) |

## ORDER

Upon consideration of Plaintiff, Skanska USA Building Inc.'s Consent Motion for an Enlargement of Time to Respond to Defendant's Motion to Dismiss, it is hereby ORDERED that the Consent Motion is GRANTED, and that:

Skanska USA Building Inc. shall respond to Defendant's Motion to Dismiss by August 7, 2008.

_____
U.S. District Court Judge

DATE: _____

Parties to be notified of entry of Order:

David A. Blake, Esquire
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
dblake@seyfarth.com
Attorney for the Plaintiff

Jane M. Lyons, Esquire
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4822
jane.lyons@usdoj.gov
Attorney for the Defendant

DC1 30235083.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2008, a true copy of the foregoing Consent Motion was filed electronically via CM/ECF in the United States District Court for the District of Columbia, with notice of same being electronically served by the Court upon:

> Jane M. Lyons, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> Civil Division
> 555 4th Street, N.W. – Room E4822
> Washington, DC 20530

/s/ David A. Blake