# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKANSKA USA BUILDING INC.  )<br>  )<br>         Plaintiff,   )<br>  )<br>   v.    )<br>  )<br>UNITED STATES DEPARTMENT OF  )<br>HEALTH AND HUMAN SERVICES,  )<br>CENTERS FOR DISEASE CONTROL  )<br>AND PREVENTION   )<br>  )<br>         Defendant.   )<br>_____)  | Civil Action No. 08-988 (JDB) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Skanska USA Building Inc. and Defendant United States Department of Health and Human Services, Centers for Disease Control and Prevention, by their undersigned counsel, hereby stipulate to the dismissal without prejudice of the above-captioned Civil Action No. 08-988 (JDB), and agree that each party shall bear its own costs and attorneys' fees.

Dated July 29, 2008.

Respectfully submitted,

| SEYFARTH SHAW LLP | UNITED STATES ATTORNEY'S OFFICE |
|---|---|
| /s/ David A. Blake<br>David A. Blake (DC Bar # 463940)<br>Bennett D. Greenberg (DC Bar # 358312)<br>815 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, D.C. 20006-4004<br>(202) 463-2400<br>dblake@seyfarth.com<br><br>Attorney for the Plaintiff,<br>Skanska USA Building Inc. | /s/ Jane M. Lyons<br>Jane M. Lyons (DC Bar # 451737)<br>Assistant United States Attorney<br>Civil Division<br>555 4th Street, N.W. – Room E4822<br>(202) 514-7161<br>jane.lyons@usdoj.gov<br><br>Attorney for the Defendant, United States Department of Health and Human Services, Centers for Disease Control and Prevention |

DC1 30235341.1

2